MARION JEAN IRWIN ET AL. *v.*
MARSHALL D. MORRIS
(6207)

SPALLONE, DALY and NORCOTT, Js.

Argued October 21—decision released November 7, 1988

*Edward W. Manasse,* for the appellant (defendant).
*Albert E. Goring, Jr.,* for the appellees (plaintiffs).

PER CURIAM. Our review of the record, transcript and briefs with regard to those issues properly before us fails to disclose that the factual findings of the trial court were clearly erroneous or that its decision was otherwise erroneous in law. Practice Book § 4061.

There is no error.